**Motion Granted; Appeal Reinstated; Dismissed and Memorandum Opinion filed October 15, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00066-CV

## DAVID ILOANI, Appellant

## V.

## OGIDI UNION OF HOUSTON, TX, Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-12484**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 30, 2023. On March 7, 2024, we abated this appeal to allow the parties to engage in mediation. On July 11, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.